IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD MASTERMAN,<br><br>        Plaintiff,<br><br>  v.<br><br>TOM RIDGE, et al.,<br><br>        Defendant. | CV F 03-6530  AWI WMW HC<br><br>ORDER DENYING MOTION<br><br>(Document #17) |

      Plaintiff brought this action pursuant to 28 U.S.C. § 2241.  On September 15, 2005, the court adopted the Magistrate Judge's Findings and Recommendations and dismissed this action.  On September 16, 2004, the Clerk of the Court entered judgment.

      An administrative review of the docket in this action reveals that one motion has been administratively termed as an outstanding motion.  On November 8, 2004, Plaintiff filed a request for a certificate of appealability.   This motion has become moot because Plaintiff has since appealed this action, and Petitioner's appeal has been dismissed.   However, Plaintiff's November 8, 2004 motion remains administratively termed as outstanding.  To address this administrative problem, the court will resolve the motion at this time.

      A prisoner seeking a writ of habeas corpus has no absolute entitlement to appeal a district court's denial of his petition, and an appeal is only allowed in certain circumstances.  Miller-El v. Cockrell, 537 U.S. 322, 335-36 (2003).   Title 28 U.S.C. § 2253 lists those situations in which a

court can grant a certificate of appealability.    However despite Section 2253, a certificate of appealability is not required to appeal an order denying a Section 2241 petition where: (1) the detention complained of does not arise out of a process issued by a state court; or (2) it is not a Section 2255 proceeding.   Forde v. U.S. Parole Comm'n, 114 F.3d 878, 879 (9th Cir.1997). Here, the petition was not a Section 2255 proceeding and did not concern a state court judgment. Thus, no certificate of appealability was required.

    Accordingly, the court ORDERS that Plaintiff's November 8, 2005 motion for a certificate of appealability is DENIED.

IT IS SO ORDERED.

**Dated:    September 9, 2005**               **/s/ Anthony W. Ishii**
0m8i78                                                       UNITED STATES DISTRICT JUDGE

2